**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

FILED: 1/28/21
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

**DATE:**  1/28/2021

| MAGISTRATE  JUDGE | **COURT REPORTER:**  Digital Recording |
|---|---|
| **Christine A. Nowak** | **COURTROOM DEPUTY:**  K. Lee |
| USA v. Guy Wesley Reffitt | 4:21MJ51-1 CAN |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Will Tatum, AUSA | Brian O'Shea, FPD |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   IDENTITY/ARRAIGNMENT/DETENTION HEARING |
|---|---|
| 12:56 p.m. | Case called.  Appearances noted.  Court outlines status of case.  Defendant placed under oath.  Defendant admonished regarding rights.  Defendant is provided a copy of the new charging instrument (Indictment).  Defendant waives identity hearing.  Defendant advised of right to transfer.  Defendant waives reading of Indictment.  Government summarizes charges. |
| 1:01 p.m. | Government persists in request to detain defendant.  Defendant signs Rule 5 waiver and requests transfer to District of Columbia for further proceedings, including specifically any detention hearings.  Court finds waiver is knowingly and voluntarily given and will sign Order of Commitment to Another District.  Defendant advises Court that he will retain counsel prior to appearance in District of Columbia. |
| 1:04 p.m. | Defendant remanded to custody.  Court adjourned. |

DAVID O'TOOLE, CLERK

BY:    <u>Karen Lee</u>
          Courtroom Deputy Clerk